**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jesus OCEGUEDA–URIBE,
Defendant—Appellant.**

**No. 04–10334.
D.C. No. CR–03–00408–KJD.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 10, 2005.*

Decided Jan. 13, 2005.

Robert A. Bork, Esq., Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Arthur L. Allen, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before BEEZER, HALL, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Jesus Ocegueda–Uribe appeals the sentence imposed following his guilty plea to illegal reentry of a deported alien in violation of 8 U.S.C. § 1326.

Jesus Ocegueda–Uribe's contention that the entire federal Sentencing Guidelines are unconstitutional under *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531,

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

159 L.Ed.2d 403 (2004), is foreclosed by *United States v. Ameline,* 376 F.3d 967, 981–82 (9th Cir.2004) (declining invitation to declare Guidelines as a whole unconstitutional after *Blakely* ).

Jesus Ocegueda–Uribe's contention that the district court erred under *Blakely* by applying a 16–level enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(ii) for a prior crime of violence, without proof to a jury or an admission by Barrera–Galan, is foreclosed by *United States v. Quintana–Quintana,* 383 F.3d 1052 (9th Cir.2004) (order) (observing that *Blakely* preserved the rule that a § 2L1.2 sentencing enhancement based on a prior conviction need not be presented to a jury).

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

